IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)           MDL NO. 2924
PRODUCTS LIABILITY LITIGATION        20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:          JURY TRIAL DEMANDED

ROBERT TOWNSEND

## SHORT FORM COMPLAINT

Plaintiff named below, by counsel, files this Short Form Complaint against Defendants named below. Plaintiff incorporates by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924 (S.D. Fla.). Plaintiff files this Short Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specified to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by counsel, alleges as follows:

### I. PARTIES, JURISDICTION AND VENUE

**A. Plaintiff**

1. Plaintiff Robert Townsend ("Plaintiff") brings this action:

    ● on behalf of himself;

    ○ in representative capacity as the _____, on behalf of the injured party, _____.

-1-

2. Injured Party is currently a resident and citizen of Cherokee, Alabama and claims damages as set forth below.

**B. Defendants**

3. Plaintiff names the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers:** GlaxoSmithKline; Pfizer; others unknown at this time.

   b. **Generic Manufacturers:** Apotex Corp.; Dr. Reddy's Laboratories; L. Perrigo Company; Par Pharmaceutical, Inc.; Ranbaxy, Inc.; Sandoz, Inc.; Sun Pharmaceuticals Industries, Inc.; Teva Pharmaceuticals USA, Inc.; Wockhardt Ltd.; others unknown at this time.

   c. **Distributors:** Unknown at this time.

   d. **Retailers:** Walgreens Co.; others unknown at this time.

   e. **Repackagers:** Mylan Pharmaceuticals, Inc.; others unknown at this time.

   f. **Others Not Named in the MPIC:** Unknown at this time.

**C. Jurisdiction and Venue**

4. Identify the Federal District Court in which Plaintiff would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

   United States District Court
   Northern District of Alabama

5. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

6. The Injured Party used Zantac and/or generic rantidine:

   ● By prescription

   ● Over the counter

7. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) January 2001 to June 2006.

### III. PHYSICAL INJURY

8. As a result of the Injured Party's use of the medications specified above, [he/she] was diagnosed with the following specific type of cancer:

| Check all that apply | Cancer type | Approximate date of diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |
| ☒ | ESOPHAGEAL/THROAT/NASAL CANCER | June 2019 |
| ☐ | INTESTINAL CANCER | |
| ☒ | KIDNEY CANCER | July 2010 |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☒ | PROSTATE CANCER | January 2015 |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☒ | THYROID CANCER | January 2015 |
| ☐ | UTERINE CANCER | |
| ☒ | OTHER CANCER: Leukemia | June 2004 |
| ☐ | DEATH (CAUSED BY CANCER) | |

9. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

-3-

## IV. CAUSES OF ACTION ASSERTED

10. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if applicable | Count | Cause of Action |
| --- | --- | --- |
| ■ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ■ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ■ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ■ | IV | NEGLIGENCE – FAILURE TO WARN |
| ■ | V | NEGLIGENT PRODUCT DESIGN |
| ■ | VI | NEGLIGENT MANUFACTURING |
| ■ | VII | GENERAL NEGLIGENCE |
| ■ | VIII | NEGLIGENT MISREPRESENTATION |
| ■ | IX | BREACH OF EXPRESS WARRANTIES |
| ■ | X | BREACH OF IMPLIED WARRANTIES |
| ☐ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS (and specify the State's statute: _____) |
| ■ | XII | UNJUST ENRICHMENT |
| ☐ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: |
| ☐ | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

## V. JURY DEMAND

11. Plaintiff hereby demands a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally, to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS (NICHS2021)
LUCY E. TUFTS (TUFTL1447)
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama 36660
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com
let@cunninghambounds.com

Counsel for Plaintiff